UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JULIE A. SU**,[1] Acting Secretary of Labor,
United States Department of Labor,

      Petitioner,

v.

**ROSIE GUTHRIE**, an individual, and
**GENESIS HOMECARE SERVICES, LLC**,

      Respondents.
_____/

Case No. 22-mc-51667
Hon. Matthew F. Leitman

## ORDER GRANTING SECRETARY OF LABOR'S PETITION
## TO ENFORCE ADMINISTRATIVE SUBPOENAS DUCES TECUM

Petitioner **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor, by her attorneys, filed the *Secretary of Labor's Petition for Enforcement of Administrative Subpoena Duces Tecum* [Doc 1]. The Court has reviewed the Secretary's Petition, and GRANTS it for the reasons stated in the Secretary's Petition.

**THEREFORE IT IS ORDERED** that within 10 days of service of this Order, Respondents inform the Secretary and the Court that they will fully comply with the Secretary's subpoena *duces tecum*.

**IT IS FURTHER ORDERED** that within 15 days of service of this Order, Respondents will provide the documents requested by Secretary's subpoena *duces tecum* to the Secretary;

---

[1] By operation of law, Julie A. Su is substituted *sub nom*. for former Secretary of Labor, Martin Walsh. *See* Fed.R.Civ.P. 25(d).

**IT IS FURTHER ORDERED** that the statute of limitations set forth at Section 255 of the Fair Labor Standards Act, as amended, 29 U.S.C. § 255, is hereby tolled from July 1, 2022, the date Respondents first failed to comply with the Secretary's Subpoena *Duces Tecum*, until such date as the Secretary informs the Court that Respondents have complied in full; and

**IT IS FURTHER ORDERED** that the U.S. Department of Labor shall serve file-stamped copies of this Order within 10 days of the date this Order is entered via Certified Mail, Electronic Verification of Delivery and Return Receipt Requested to Respondents at the following two addresses:

(a) Genesis Homecare Services
23780 Harper Ave., Suite #B
St. Clair Shores, MI 48080

(b) Ms. Rosie Guthrie
41630 Berly Dr.
Clinton Township, Michigan 48038

The U.S. Department of Labor shall file a Certificate of Service within 5 business days of receiving an Electronic Verification of Delivery from either of the above mailings.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2023

3

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 15, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
