UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. SU,[1]

       Petitioner,   Case No. 22-mc-51667
v.   Hon. Matthew F. Leitman

ROSIE GUTHRIE, *et al.*,

       Respondents.
_____/

### ORDER (1) DIRECTING RESPONDENT ROSIE GUTHRIE TO PERSONALLY APPEAR FOR MOTION HEARING ON PETITIONER'S MOTION FOR CONTEMPT (ECF No. 6) AND (2) DIRECTING PETITIONER TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON RESPONDENTS

On November 4, 2022, the United States Secretary of Labor filed this miscellaneous action in which the Secretary sought to require Respondents Rosie Guthrie and Guthrie's company, Genesis Homecare Services, LLC, to respond to an administrative subpoena issued to them. (*See* Pet., ECF No. 1, PageID.1.) The Court subsequently ordered Respondents to comply with that subpoena and produce certain documents to the Secretary. (*See* Order, ECF No. 4.) The Court further ordered the Secretary to serve the Court's order on the Respondents. (*See id.*)

---

[1] The Court hereby **AMENDS** the case caption to reflect that the current Acting Secretary of Labor, and the proper Petitioner in this action, is Julie A. Su.

1

On July 28, 2023, the Secretary filed a motion for contempt with the Court. (*See* Mot., ECF No. 6.)  According to the Secretary, Respondents evaded service of the Court's order, and, even after Respondents were eventually served, Respondents still failed to produce the documents described in the subpoena. (*See id.*)  The Secretary therefore asks the Court to hold Respondents in contempt. (*See id.*)

The Court has scheduled an in-person hearing on the Secretary's motion for Tuesday, September 26, 2023, at 10:00 a.m. (*See* Notice of Hearing, ECF No. 8.) The Court **ORDERS** the Secretary's counsel *and* Guthrie to each *personally attend* the hearing on the motion for contempt.

By no later than **August 25, 2023**, the Secretary shall personally serve both Guthrie and Genesis with (1) her motion for contempt (ECF No. 6), (2) the Notice of Hearing on the motion, and (3) this order.  In addition, by no later than **August 25, 2023**, the Secretary shall file a proof of service on the docket confirming that she has personally served Guthrie and Genesis with the documents identified above.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman  
                                                MATTHEW F. LEITMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: August 8, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2023, by electronic means and/or ordinary mail.

                                            <u>s/Holly A. Ryan</u>
                                            Case Manager
                                            (313) 234-5126