# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SECRETARY OF UNITED STATES
DEPARTMENT OF LABOR, Julie A. Su,

    Petitioner,

v.

ROSIE GUTHRIE and GENESIS
HOMECARE SERVICES, LLC,

    Respondents.
_____/

Case No. 22-mc-51667
Hon. Matthew F. Leitman

## ORDER GRANTING PETITIONER'S MOTION FOR CONTEMPT INCARCERATION OF RESPONDENT ROSIE GUTHRIE

For the reasons stated in the Motion for Contempt Incarceration of Respondent Rosie Guthrie filed by the Acting Secretary of Labor, U.S. Department of Labor ("Petitioner"), the Court finds that Respondent Rosie Guthrie persists in her civil contempt of court, and hereby ORDERS the following:

    A.    The Clerk of Court is directed to issue a Writ of Body Attachment for Respondent Rosie Guthrie;

    B.    The U.S. Marshals Service is directed to arrest Respondent Rosie Guthrie, and to bring her before the Court;

    C.    Respondent Rosie Guthrie shall be incarcerated until she takes the actions necessary to purge herself of the contempt she has demonstrated to the

Court's September 27, 2023, Order Granting Petitioner's Motion for Contempt (Doc. 11) and;

D. Petitioner seeks reasonable expenses and attorney's fees incurred in filing and pursuing this Motion for Contempt Incarceration, therefore, Petitioner shall submit a statement identifying and justifying these expenses for the Court's consideration within 14 days of this Order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
