# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Secretary of U.S. Dept. of Labor, Julie A Su, )
                                            ) Case No. 22-mc-51667
          v.                                         )
Rosie Guthrie, et al.                          )

## BENCH WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before the Hon. Matthew F. Leitman without unnecessary delay *(name of person to be arrested)* Rosie Guthrie, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:

On September 27, 2023, the Court issued an "Order Granting Petitioner's Motion for Contempt" (ECF No. 11), which was served on Rosie Guthrie by certified mail and by first-class mail on April 26, 2023 to her home address and to the business address of Respondent Genesis Homecare Services, Inc. (ECF No. 12.) Also on September 28, 2023, Wage and Hour Investigators Erald Krisafi and Ahmed Hakim went to Guthrie's home address where they taped the Order to her front door after ringing the bell and knocking multiple times. (ECF No. 12.) Rosie Guthrie has failed to purge herself of the contempt as set forth in paragraph E in the September 27, 2023 Order. (ECF No. 11.) Therefore, Rosie Guthrie is in civil contempt of Court for failure to obey the subpoenas to testify at a deposition and for failure to comply with the Court's September 27, 2023 Order. (ECF No. 11.) The Court concludes that the best way to secure compliance with the subpoenas and its show cause order is to arrest Rosie Guthrie and to require her immediate appearance before the Honorable Matthew F. Leitman at 231 W. Lafayette Blvd., Detroit, MI 48226.

Rosie Guthrie is to be arrested between 8:30 a.m. and 3:00 p.m., Monday through Friday. The arresting officer is to immediately report the arrest of Rosie Guthrie to Holly Ryan at (313) 234-5126.

Date: 11/28/2023

                                                                     *Issuing officer's signature*

City and state: Detroit, Michigan            Matthew F. Leitman, United States District Judge
                                                                           *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                      *Arresting officer's signature*

                                                                      *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: 41630 Berly Dr., Clinton Township, MI 48038

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____