UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECRETARY OF U.S. DEPARTMENT
OF LABOR, Julie A. Su,

      Petitioner,

v.

ROSIE GUTHRIE, *et al.*,

      Respondents.

_____/

Case No. 22-mc-51667
Hon. Matthew F. Leitman

## ORDER CONCERNING CIVIL CONTEMPT

On Thursday, November 30, 2023, the Court held a hearing concerning the finding of civil contempt against Rosie Guthrie. For the reasons stated on the record, IT IS HEREBY ORDERED as follows:

1. The bench warrant for Guthrie's arrest is WITHDRAWN AND RECALLED.

2. At 9:00 a.m. on December 1, 2023, Guthrie shall personally meet agents of the Department of Labor at 23870 Harper Ave., Suite #B, St Clair Shores, MI 48080. At that time, she shall give the DOL agents unfettered access to all documents on the premises and to all computers on the premises for the limited purpose of allowing the agents to determine whether any of the documents and/or stored data on the

premises is responsive to the administrative subpoena previously served by the DOL on Guthrie. The DOL agents may seize responsive documents and data.

3. Guthrie shall remain at the Harper Ave premises until the DOL agents have completed their review.

4. At a later date, the Court will address the issue of contempt fines levied against Guthrie.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126