UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. SU,

      Petitioner,                                Case No. 22-mc-51667
v.                                            Hon. Matthew F. Leitman

ROSIE GUTHRIE, *et al.*,

      Respondents.

_____/

## ORDER (1) DIRECTING RESPONDENT ROSIE GUTHRIE TO PERSONALLY APPEAR FOR STATUS CONFERENCE AND (2) DIRECTING PETITIONER TO SERVE NOTICE OF STATUS CONFERENCE AND THIS ORDER ON GUTHRIE

On November 4, 2022, the United States Secretary of Labor filed this miscellaneous action in which the Secretary seeks to require Respondents Rosie Guthrie and Guthrie's company, Genesis Homecare Services, LLC, to respond to an administrative subpoena issued to them. (*See* Pet., ECF No. 1, PageID.1.)

The Court has scheduled an on-the-record Zoom Status Conference in this action for **March 28, 2024, at 1:00 p.m**. (*See* Notice of Status Conference, ECF No. 19.) The Court **ORDERS** the Secretary's counsel *and* Guthrie to each ***personally attend*** the status conference.

By no later than **March 14, 2024**, the Secretary's counsel shall serve Guthrie with (1) the Notice of Status Conference, (2) this order, and (3) the Zoom link information so that Guthrie can attend the status conference.

1

In addition, by no later than **March 14, 2024**, the Secretary's counsel shall file a proof of service on the docket confirming that he has personally served Guthrie with the documents and information identified above.

**IT IS SO ORDERED**.

Dated: February 26, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126